FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 07 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

COLONEL MAURICE WAYNE MAYNARD
MEYERS                              :

        Plaintiff,              :

   -against-                       :

NEW YORK PRESBYTERIAN HOSPITAL and
SOUTH BEACH PSYCHIATRIC HOSPITAL :

        Defendants.             :
----------------------------------x

NOT FOR PUBLICATION

ORDER

10-CV-3819 (CBA) (LB)

AMON, CHIEF UNITED STATES DISTRICT JUDGE:

    The Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, dated July 21, 2011. The Magistrate Judge recommended that plaintiff's action should be dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure, based on plaintiff's failure to appear at two Court-ordered pretrial conferences. Plaintiff was clearly warned that his repeated failure to appear could result in dismissal. Objections to the R&R were due by August 8, 2011. Plaintiff has not filed any objection.

    A failure to file objections to an R&R generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); see also Valentine v. Museum of Modern Art, 29 F.3d 47, 50 (2d Cir. 1994) ("The severe sanction of dismissal with prejudice may be imposed even against a plaintiff who is proceeding *pro se,* so long as a warning has been given that noncompliance can result in dismissal.").

    Accordingly, the Court hereby adopts the R&R as the opinion of the Court.

SO ORDERED.

Dated: Brooklyn, New York
      September 7, 2011

/Signed by Judge Amon/
_____
Carol Bagley Amon
Chief United States District Judge